JOHN W. HUBER, United States Attorney (#7226)
AARON B. CLARK, Assistant United States Attorney (#15404)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: aaron.clark@usdoj.gov

U.S. DISTRICT COURT

2015 DEC -2  P 4: 07

DISTRICT OF UTAH

BY:_____

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | VIOLATIONS:<br>Title 21 U.S.C. § 841(a)(1) – Possession with<br>Intent to Distribute |
| vs. | |
| CANDELARIO SOTO-DELGADO, | Case: 2:15-cr-00713<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 12/2/2015<br>Description: USA v. |
| Defendant. | |

The Grand Jury Charges:

## **COUNT I**
### 21 U.S.C. § 841(a)(1)
### (Possession of Heroin with Intent to Distribute)

On or about September 2, 2015, in the Central Division of the District of Utah,

### CANDELARIO SOTO-DELGADO,

defendant herein, did knowingly and intentionally possess with intent to distribute 1 kilogram or

more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of

21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
### 21 U.S.C. § 841(a)(1)
(Possession of Cocaine with Intent to Distribute)

On or about July 30, 2015, in the Central Division of the District of Utah,

### CANDELARIO SOTO-DELGADO,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this indictment, the defendant CANDELARIO SOTO-DELGADO shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, the following property:

- 2006 Saturn Vue, VIN No. 5GZCZ23D96S873786;

- 2006 Chevy HHR, VIN No. 3GNDA13D76S664646;

- 2003 Honda Element, VIN No. 5J6YH286X3L039739;

- 2003 Volkswagen Passat, VIN No. WVWPD63853P191428;

- 2006 Ford Fusion, VIN No. 3FAFP07136R108485;

- $9,995 cash.

//

## SUBSTITUTE ASSETS

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred or sold to, or deposited with, a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-forfeitable property.

A TRUE BILL:

_____

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
AARON B. CLARK
Assistant United States Attorney